UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TERENCE PRECELL SULLIVAN,

    Plaintiff,

v.   Case No: 2:13-cv-726-FtM-29DNF

Officer JOEY SANTOS, Arcadia Police Department, CHRISTY VILLEGAS, Det. Arcadia Police Department, and DERNICE YOLANDA SPATES,

    Defendants.

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #23), filed June 10, 2014, recommending that the Amended Complaint (Doc. #12) be dismissed without prejudice, and that the request to proceed *in forma pauperis* in the Affidavit of Indigency (Doc. #2) be terminated. No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and agrees that the Amended Complaint fails to state a claim as currently pled.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #23) is hereby **adopted** and the findings incorporated herein.

2. Plaintiff's Affidavit of Indigency (Doc. #2), construed as a request to proceed *in forma pauperis*, is **terminated**.

3. The Clerk shall enter judgment dismissing the case without prejudice, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of July, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

- 3 -

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties

- 3 -